UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ASHLEY NETTLES**, on behalf of similarly situated persons,<br>Plaintiff,<br><br>v.<br><br>**MIDLAND FUNDING LLC**, and **MIDLAND CREDIT MANAGEMENT, INC.**,<br>Defendants. | 2:20-cv-10158-TGB-MJH<br><br>HON. TERRENCE G. BERG |

## ORDER TO SHOW CAUSE

Plaintiff Ashley Nettles brought this action against Defendants Midland Funding LLC and Midland Credit Management, Inc., alleging violations of the Fair Debt Collection Practices Act and state law arising from Defendants' attempt to pursue state tax garnishment against Plaintiff. Defendant has moved to compel arbitration because they assert that Plaintiff became bound by an arbitration clause when she signed up for and utilized a credit card in 2015.

This Court stayed this matter pending a status report from parties regarding the Seventh Circuit's decision in a similar lawsuit. Parties submitted a joint status report on December 24, 2020. ECF No. 16.

Accordingly, Parties are hereby ordered to submit briefing not to exceed ten (10) pages in length addressing the effect of the Seventh Circuit's decision in *Nettles v. Midland Funding LLC*, 19-3327, on the instant case, in particular, whether the instant case must be dismissed for lack of jurisdiction. Briefing by both parties shall be **filed no later than February 19, 2021.**

**SO ORDERED.**

Dated: January 29, 2021  s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE